COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CHARLES OLA-OKELOLA AND ALL OCCUPANTS OF 1609 GLENDORA COURT, DENTON, TEXAS 76210 | § § | No. 08-12-00134-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 2 |
| WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, | § § § § | of Denton County, Texas (TC # CV-2012-00018) |
| Appellee. | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that Appellant has not filed a brief or a motion for extension of time, we dismiss the appeal.

Appellant failed to file his brief on the due date. On June 1, 2012, the Clerk of the Court sent the parties a notice that Appellant had not filed his brief or motion for extension of time. Further, the notice advised the parties of the Court's intent to dismiss for want of prosecution unless one of the parties responded showing grounds to continue the appeal. No response has been received as of this date.

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant has failed to file her brief in the time prescribed, and gives no reasonable explanation

for such failure.  TEX.R.APP.P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex.App.--San Antonio 1998, no pet.).  Because Appellant failed to file his brief and has not responded to our inquiry, we dismiss the appeal for want of prosecution pursuant to TEX.R.APP.P. 38.8(a)(1), 42.3(b), and 42.3(c).

July 31, 2012
_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.